AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hall, Sarah A. | Bankruptcy Court - Western District of OK | 05/08/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

United States Bankruptcy Court
215 Dean A McGee, 6th Floor
Oklahoma City, OK 73102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 (see Part VII, lines 25 - 256) |
| 2. | Director | Oklahoma Bar Association Bankruptcy Reorganization Committee |
| 3. | Director | Federal Bar Association - Oklahoma City Chapter |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | spouse (self-employed lawyer) professional corporation - salary and member distribution - K-1 |
| 2. | 2011 | National Cooperative Refinery Association - royalty |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Smith Barney Bank Deposit Program | | None | J | T | | | | | |
| 2. LL&E Royalty Trust | | None | J | T | | | | | |
| 3. Oklahoma Dream 529 Plan - Child #1 | | None | K | T | Distributed (part) | 08/22/11 | J | | *withdrawal for college |
| 4. - Pimco Total Return / no transactions | | | | | | | | | |
| 5. - Pimco Real Return C / no transactions | | | | | | | | | |
| 6. - Allianz NFJ Small Cap Value C | | None | | | Sold | 07/25/11 | J | | non-taxable conversion |
| 7. - TIAA-CREF Scap Bld Index C | | None | J | T | Buy | 07/25/11 | J | | |
| 8. Oklahoma Dream 529 Plan - Child #2 | | None | L | T | | | | | |
| 9. - Pimco Total Return C | | | | | | | | | |
| 10. - Pimco Real Return C | | | | | | | | | |
| 11. - Allianz NFJ Small Cap Value C | | None | | | Sold | 07/25/11 | J | | non-taxable conversion |
| 12. - TIAA-CREF Scap Bld Index C | | None | J | T | Buy | 07/25/11 | J | | |
| 13. Massachusetts Mutual Limited Pay Whole Life Policy (self) | A | Dividend | K | T | | | | | |
| 14. Massachusetts Mutual Variable Life Select Policy (self) | | None | J | T | | | | | |
| 15. - The Oppenheimer Capital Appreciation Fund | | | | | | | | | |
| 16. - The Oppenheimer Small & Mid Cap Growth Fund | | | | | | | | | |
| 17. Massachusetts Mutual Whole Life Policy (self) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Massachusetts Mutual Ltd Pay Whole Life @ 65 Policy (spouse) | A | Dividend | J | T | | | | | |
| 19. Massachusetts Mutual Ltd Pay Whole Life Policy (spouse) | A | Dividend | K | T | | | | | |
| 20. Massachusetts Mutual Variable Life Select Policy (spouse) | | None | | | Expired | 06/01/11 | J | | *allowed policy to lapse |
| 21. - The Oppenheimer Capital Appreciation Fund | | | | | | | | | |
| 22. - The Oppenheimer Small & Mid Cap Growth Fund | | | | | | | | | |
| 23. Massachusetts Mutual Whole Life Policy (spouse) | A | Dividend | K | T | | | | | |
| 24. Massachusetts Mutual Ltd Pay Whole Life @ 65 Policy (spouse) | A | Dividend | J | T | | | | | |
| 25. TRUST #1 | D | Dividend | M | T | | | | | |
| 26. - MidFirst Bank Account | | | | | | | | | |
| 27. - American Century Govt Income Trust - short term gov fund | | | | | Buy | 01/28/11 | K | | |
| 28. | | | | | Sold | 06/01/11 | K | C | |
| 29. - Blackrock GNMA Portfolio Institutional Class Fund | | | | | Sold | 01/28/11 | K | A | |
| 30. - Delaware Ltd Term Diversified Income Fund | | | | | Sold | 01/28/11 | K | B | |
| 31. - Goldman Sachs Short Duration Govt Fund - JFA | | | | | Sold | 01/28/11 | K | | |
| 32. - Janus Advisors Flexible Bond Fund 1 | | | | | Sold | 01/28/11 | K | B | |
| 33. - PIMCO Total Return Fund CL P | | | | | Buy | 06/01/11 | K | | |
| 34. | | | | | Sold (part) | 10/03/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy | 10/18/11 | K | | |
| 36. | | | | | Sold (part) | 11/21/11 | J | A | |
| 37. | | | | | Sold (part) | 12/23/11 | J | A | |
| 38. - Templeton Global Bond Fund | | | | | Sold (part) | 06/01/11 | J | B | |
| 39. | | | | | Sold (part) | 10/03/11 | K | | |
| 40. | | | | | Buy | 10/18/11 | K | | |
| 41. | | | | | Sold (part) | 11/21/11 | J | | |
| 42. | | | | | Sold (part) | 12/23/11 | J | | |
| 43. - PIMCO Stocksplus TR Short Strategy Fund Class A | | | | | Buy | 10/03/11 | K | | |
| 44. | | | | | Buy | 10/04/11 | J | | |
| 45. | | | | | Sold | 10/18/11 | K | | |
| 46. - CitiBank NA South Dakota Bank Deposit Program | | | | | | | | | |
| 47. - Harbor Bond Fund Inst'l Shares | | | | | Buy | 01/28/11 | J | | |
| 48. | | | | | Sold | 06/01/11 | K | | |
| 49. - Lord Abbott Short Duration Income Fnd CL F | | | | | Buy | 01/28/11 | J | | |
| 50. | | | | | Sold | 06/01/11 | K | A | |
| 51. | | | | | Sold (part) | 10/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 11/21/11 | K | | |
| 53. | | | | | Sold (part) | 12/23/11 | J | A | |
| 54. - PIMCO Unconstrained Bond Fund | | | | | Buy | 01/28/11 | K | | |
| 55. | | | | | Sold (part) | 06/21/11 | K | | |
| 56. | | | | | Sold (part) | 10/03/11 | J | | |
| 57. - ACE Limited | | | | | Buy | 06/21/11 | J | | |
| 58. | | | | | Sold (part) | 10/03/11 | J | | |
| 59. | | | | | Buy | 10/18/11 | J | | |
| 60. | | | | | Sold (part) | 11/21/11 | J | | |
| 61. | | | | | Buy | 12/23/11 | J | | |
| 62. - Astrazeneca PLC Spon ADR | | | | | Buy | 06/01/11 | J | | |
| 63. | | | | | Sold | 08/01/11 | J | | |
| 64. - Berkshire Hathaway Inc. Cl B | | | | | Buy | 06/01/11 | J | | |
| 65. | | | | | Sold | 08/24/11 | J | | |
| 66. - Blackrock Inc. | | | | | Buy | 06/01/11 | J | | |
| 67. | | | | | Sold | 08/01/11 | J | | |
| 68. - Canadian Natl Railway Co. | | | | | Buy | 06/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 10/03/11 | J | | |
| 70. | | | | | Buy | 10/18/11 | J | | |
| 71. | | | | | Sold (part) | 11/21/11 | J | A | |
| 72. | | | | | Buy | 12/23/11 | J | | |
| 73.  - Caterpillar Inc. | | | | | Buy | 06/01/11 | J | | |
| 74. | | | | | Buy | 10/18/11 | J | | |
| 75. | | | | | Sold (part) | 11/21/11 | J | | |
| 76. | | | | | Sold | 12/23/11 | J | | |
| 77.  - Chevron Corp | | | | | Buy | 06/01/11 | J | | |
| 78. | | | | | Sold | 10/03/11 | J | | |
| 79. | | | | | Buy | 10/18/11 | J | | |
| 80. | | | | | Sold (part) | 11/21/11 | J | | |
| 81. | | | | | Buy | 12/23/11 | J | | |
| 82.  - Coca Cola Corp. | | | | | Buy | 06/01/11 | J | | |
| 83. | | | | | Sold (part) | 10/03/11 | J | | |
| 84. | | | | | Buy | 10/18/11 | J | | |
| 85. | | | | | Sold (part) | 11/21/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy | 12/23/11 | J | | |
| 87.  - Communications Systems, Inc | | | | | Buy | 06/01/11 | J | | |
| 88. | | | | | Sold (part) | 10/03/11 | J | | |
| 89. | | | | | Buy | 10/18/11 | J | | |
| 90. | | | | | Sold | 12/23/11 | J | | |
| 91.  - Companhia De Bebidas Das Amers Spons ADR | | | | | Buy | 06/01/11 | J | | |
| 92. | | | | | Sold (part) | 10/03/11 | J | | |
| 93. | | | | | Buy | 10/18/11 | J | | |
| 94. | | | | | Sold (part) | 11/21/11 | J | A | |
| 95. | | | | | Buy | 12/23/11 | J | | |
| 96.  - Conoco Phillips | | | | | Buy | 06/01/11 | J | | |
| 97. | | | | | Sold (part) | 10/03/11 | J | | |
| 98. | | | | | Buy | 10/18/11 | J | | |
| 99. | | | | | Sold (part) | 11/21/11 | J | | |
| 100. | | | | | Buy | 12/23/11 | J | | |
| 101.  - El Du Pont De Nemours & Co. | | | | | Buy | 06/01/11 | J | | |
| 102. | | | | | Sold (part) | 10/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy | 10/18/11 | J | | |
| 104. | | | | | Sold<br>(part) | 11/21/11 | J | | |
| 105. | | | | | Sold | 12/23/11 | J | | |
| 106. - Enbridge Inc. | | | | | Buy | 06/01/11 | J | | |
| 107. | | | | | Buy | 10/03/11 | J | | |
| 108. | | | | | Buy | 10/18/11 | J | | |
| 109. | | | | | Sold<br>(part) | 11/21/11 | J | | |
| 110. | | | | | Buy | 12/23/11 | J | | |
| 111. - WW Grainger Inc. | | | | | Buy | 06/01/11 | J | | |
| 112. | | | | | Sold<br>(part) | 10/03/11 | J | | |
| 113. | | | | | Buy | 10/18/11 | J | | |
| 114. | | | | | Sold<br>(part) | 11/21/11 | J | A | |
| 115. | | | | | Buy | 12/23/11 | J | | |
| 116. - International Business Machines Corp. | | | | | Buy | 06/01/11 | J | | |
| 117. | | | | | Sold<br>(part) | 10/03/11 | J | A | |
| 118. | | | | | Buy | 10/18/11 | J | | |
| 119. | | | | | Sold<br>(part) | 11/21/11 | J | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy | 12/23/11 | J | | |
| 121.  - McKesson Corporation | | | | | Buy | 06/01/11 | J | | |
| 122. | | | | | Sold (part) | 10/03/11 | J | | |
| 123. | | | | | Buy | 10/18/11 | J | | |
| 124. | | | | | Sold (part) | 10/21/11 | J | | |
| 125. | | | | | Buy | 12/23/11 | J | | |
| 126.  - Nike Inc. C1 B | | | | | Buy | 06/01/11 | J | | |
| 127. | | | | | Sold (part) | 10/03/11 | J | A | |
| 128. | | | | | Buy | 10/18/11 | J | | |
| 129. | | | | | Sold (part) | 11/21/11 | J | A | |
| 130. | | | | | Buy | 12/23/11 | J | | |
| 131.  - OGE Energy Corp. | | | | | Buy | 06/01/11 | J | | |
| 132. | | | | | Sold | 08/05/11 | J | | |
| 133. | | | | | Buy | 10/03/11 | J | | |
| 134. | | | | | Buy | 10/18/11 | J | | |
| 135. | | | | | Sold (part) | 11/21/11 | J | | |
| 136. | | | | | Buy | 12/23/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - Occidental Petroleum Corp. - Del | | | | | Buy | 06/01/11 | J | | |
| 138. | | | | | Buy | 10/03/11 | J | | |
| 139. | | | | | Buy | 10/18/11 | J | | |
| 140. | | | | | Sold (part) | 11/21/11 | J | | |
| 141. | | | | | Sold | 12/23/11 | J | A | |
| 142.  - Oneok Inc. New | | | | | Buy | 06/01/11 | J | | |
| 143. | | | | | Sold (part) | 10/03/11 | J | | |
| 144. | | | | | Buy | 10/18/11 | J | | |
| 145. | | | | | Sold (part) | 11/21/11 | J | A | |
| 146. | | | | | Buy | 12/23/11 | J | | |
| 147.  - Owens & Minor Inc. Holding Co. | | | | | Buy | 06/01/11 | J | | |
| 148. | | | | | Sold | 08/01/11 | J | | |
| 149.  - PPG Industries, Inc. | | | | | Buy | 06/01/11 | J | | |
| 150. | | | | | Sold | 10/03/11 | J | | |
| 151. | | | | | Buy | 10/18/11 | J | | |
| 152. | | | | | Sold (part) | 11/21/11 | J | | |
| 153. | | | | | Sold | 12/23/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Pentair Inc. | | | | | Buy | 06/01/11 | J | | |
| 155. | | | | | Sold | 08/17/11 | J | | |
| 156. - Praxair Inc. | | | | | Buy | 06/01/11 | J | | |
| 157. | | | | | Sold (part) | 10/03/11 | J | | |
| 158. | | | | | Buy | 10/18/11 | J | | |
| 159. | | | | | Sold (part) | 11/21/11 | J | | |
| 160. | | | | | Buy | 12/23/11 | J | | |
| 161. - Reynolds American Inc. | | | | | Buy | 06/01/11 | J | | |
| 162. | | | | | Sold (part) | 10/03/11 | J | | |
| 163. | | | | | Buy | 10/18/11 | J | | |
| 164. | | | | | Sold (part) | 11/21/11 | J | | |
| 165. | | | | | Buy | 12/23/11 | J | | |
| 166. - Sherwin Williams Co. | | | | | Buy | 06/01/11 | J | | |
| 167. | | | | | Sold | 08/01/11 | J | | |
| 168. - Snap On, Inc. | | | | | Buy | 06/01/11 | J | | |
| 169. | | | | | Buy | 10/18/11 | J | | |
| 170. | | | | | Sold (part) | 11/21/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 12/23/11 | J | | |
| 172. - VF Corp. | | | | | Buy | 06/01/11 | J | | |
| 173. | | | | | Sold (part) | 10/03/11 | J | A | |
| 174. | | | | | Buy | 10/18/11 | J | | |
| 175. | | | | | Sold (part) | 11/21/11 | J | A | |
| 176. | | | | | Buy | 12/23/11 | J | | |
| 177. - Vector Group Ltd. | | | | | Buy | 06/01/11 | J | | |
| 178. | | | | | Sold | 08/01/11 | J | | |
| 179. - Verizon Communications | | | | | Buy | 06/01/11 | J | | |
| 180. | | | | | Sold (part) | 10/03/11 | J | A | |
| 181. | | | | | Buy | 10/18/11 | J | | |
| 182. | | | | | Sold (part) | 11/21/11 | J | | |
| 183. | | | | | Buy | 12/23/11 | J | | |
| 184. - Watsco Inc. | | | | | Buy | 06/01/11 | J | | |
| 185. | | | | | Sold | 08/01/11 | J | | |
| 186. | | | | | Buy | 10/03/11 | J | | |
| 187. | | | | | Sold | 10/18/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy | 11/21/11 | J | | |
| 189. | | | | | Sold | 12/23/11 | J | A | |
| 190.   - West Pharmaceutical Services | | | | | Buy | 06/01/11 | J | | |
| 191. | | | | | Sold (part) | 10/03/11 | J | | |
| 192. | | | | | Buy | 10/18/11 | J | | |
| 193. | | | | | Sold | 11/21/11 | J | | |
| 194.   - Yum Brands, Inc. | | | | | Buy | 06/01/11 | J | | |
| 195. | | | | | Sold | 10/03/11 | J | | |
| 196. | | | | | Sold | 10/18/11 | J | | |
| 197. | | | | | Sold | 11/21/11 | J | | |
| 198. | | | | | Buy | 12/23/11 | J | | |
| 199.   - Covidien PLC | | | | | Buy | 08/01/11 | J | | |
| 200. | | | | | Sold (part) | 10/03/11 | J | | |
| 201. | | | | | Buy | 10/18/11 | J | | |
| 202. | | | | | Sold (part) | 11/21/11 | J | | |
| 203. | | | | | Sold | 12/23/11 | J | | |
| 204.   - Willis Group Holdings PLC Ireland | | | | | Buy | 08/01/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy | 10/18/11 | J | | |
| 206. | | | | | Sold (part) | 11/21/11 | J | | |
| 207. | | | | | Sold | 12/23/11 | J | | |
| 208. - Amerisourcebergen Corp. | | | | | Buy | 08/01/11 | J | | |
| 209. | | | | | Sold (part) | 10/03/11 | J | | |
| 210. | | | | | Buy | 10/18/11 | J | | |
| 211. | | | | | Sold (part) | 11/21/11 | J | | |
| 212. | | | | | Sold | 12/23/11 | J | | |
| 213. - BCE Inc. - CAD New | | | | | Buy | 08/01/11 | J | | |
| 214. | | | | | Sold (part) | 10/03/11 | J | | |
| 215. | | | | | Buy | 10/18/11 | J | | |
| 216. | | | | | Sold (part) | 11/21/11 | J | | |
| 217. | | | | | Buy | 12/23/11 | J | | |
| 218. - British American Tobacco PLC ADR | | | | | Buy | 08/01/11 | J | | |
| 219. | | | | | Sold | 10/03/11 | J | | |
| 220. | | | | | Buy | 10/18/11 | J | | |
| 221. | | | | | Sold (part) | 11/21/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy | 12/23/11 | J | | |
| 223. - Rayonier Inc. REIT | | | | | Buy | 08/01/11 | J | | |
| 224. | | | | | Sold (part) | 10/03/11 | J | | |
| 225. | | | | | Buy | 10/18/11 | J | | |
| 226. | | | | | Sold (part) | 11/21/11 | J | | |
| 227. | | | | | Buy | 12/23/11 | J | | |
| 228. - Genuine Parts Co. | | | | | Buy | 08/17/11 | J | | |
| 229. | | | | | Sold (part) | 10/03/11 | J | | |
| 230. | | | | | Buy | 10/18/11 | J | | |
| 231. | | | | | Sold (part) | 11/21/11 | J | A | |
| 232. | | | | | Buy | 12/23/11 | J | | |
| 233. - Public Storage (MD) CGMI and/or its affiliates | | | | | Buy | 08/24/11 | J | | |
| 234. | | | | | Sold (part) | 10/03/11 | J | | |
| 235. | | | | | Buy | 10/18/11 | J | | |
| 236. | | | | | Sold (part) | 11/21/11 | J | A | |
| 237. | | | | | Buy | 12/23/11 | J | | |
| 238. - Leuthold Grizzly Short Fund | | | | | Buy | 10/03/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 78

Name of Person Reporting

Hall, Sarah A.

Date of Report

05/08/2012

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy | 10/04/11 | J | | |
| 240. | | | | | Sold | 10/18/11 | K | | |
| 241. - Proshares Short S&P 500 | | | | | Buy | 10/03/11 | K | | |
| 242. | | | | | Sold (part) | 10/04/11 | J | | |
| 243. | | | | | Sold | 10/18/11 | K | | |
| 244. | | | | | Buy | 11/21/11 | K | | |
| 245. | | | | | Sold | 12/23/11 | K | | |
| 246. - Proshares Short Dow30 | | | | | Buy | 10/03/11 | K | | |
| 247. | | | | | Sold (part) | 10/04/11 | J | | |
| 248. | | | | | Sold | 10/18/11 | K | | |
| 249. | | | | | Buy | 11/21/11 | K | | |
| 250. | | | | | Sold | 12/23/11 | K | | |
| 251. - Vanguard Fixed Income Sec FD GNMA Portfolio | | | | | Buy | 11/21/11 | K | | |
| 252. | | | | | Sold (part) | 12/23/11 | J | A | |
| 253. - Helmerich & Payne | | | | | Buy | 12/23/11 | J | | |
| 254. | | | | | Sold | 12/23/11 | J | A | |
| 255. - Intel Corp. | | | | | Buy | 12/23/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  - Pfizer, Inc. | | | | | Buy | 12/23/11 | J | | |
| 257.  IRA #1 | B | Dividend | L | T | Distributed (part) | 09/06/11 | L | | |
| 258.  - Delta Air Lines, Inc. | | | | | Sold | 02/22/11 | J | | |
| 259.  - Trina Solar Ltd. - USD | | | | | Sold | 01/28/11 | J | | |
| 260.  - Transocean Ltd. Switzerland New | | | | | Sold | 01/21/11 | J | A | |
| 261. | | | | | Buy | 02/22/11 | J | | |
| 262. | | | | | Sold | 05/27/11 | J | | |
| 263.  - Macy's Inc. | | | | | Sold | 01/28/11 | J | | |
| 264.  - Hewlett Packard Co. | | | | | Sold | 02/18/11 | K | A | |
| 265.  - JC Penny Co., Inc. | | | | | Sold | 01/28/11 | J | | |
| 266.  - Yahoo, Inc. | | | | | Sold | 02/18/11 | K | B | |
| 267.  - TCF Financial Corp | | | | | Sold | 01/21/11 | J | A | |
| 268.  - United Continental Holdings Inc. | | | | | Sold | 01/28/11 | K | B | |
| 269.  - I Shares Silver Trust Equity Portfolio | | | | | Sold | 05/27/11 | K | C | |
| 270.  - Dreyfus Money Market Instrs Inc. Govt Sec Series Fund | | | | | | | | | |
| 271.  - Greenhaven Continuous Commodity Index Fd | | | | | Buy | 01/28/11 | J | | |
| 272. | | | | | Sold | 05/27/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Ishares S&P Global 100 Index Fd | | | | | Buy | 01/28/11 | K | | |
| 274. | | | | | Sold | 05/27/11 | K | A | |
| 275. - Vanguard Emerging Markets ETF | | | | | Buy | 01/28/11 | K | | |
| 276. | | | | | Sold | 05/27/11 | K | B | |
| 277. - Vanguard REIT ETF | | | | | Buy | 01/28/11 | J | | |
| 278. | | | | | Sold | 05/27/11 | J | A | |
| 279. - Vanguard Small Cap Growth ETF | | | | | Buy | 01/28/11 | J | | |
| 280. | | | | | Sold (part) | 05/27/11 | J | A | |
| 281. | | | | | Sold (part) | 08/31/11 | J | | |
| 282. | | | | | Sold | 10/03/11 | J | | |
| 283. - Vanguard Small Cap Value ETF | | | | | Buy | 01/28/11 | J | | |
| 284. | | | | | Sold | 05/27/11 | J | A | |
| 285. - Vanguard Mid-Cap ETF | | | | | Buy | 01/28/11 | J | | |
| 286. | | | | | Sold | 05/27/11 | J | A | |
| 287. - BP PLC Spons ADR | | | | | Buy | 02/22/11 | J | | |
| 288. | | | | | Sold | 05/27/11 | J | | |
| 289. - Exxon Mobil Corp. | | | | | Buy | 02/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold | 05/27/11 | J | | |
| 291. - PIMCO Total Return Fund CLP | | | | | Buy | 05/27/11 | K | | |
| 292. | | | | | Sold (part) | 08/31/11 | K | | |
| 293. | | | | | Sold (part) | 10/03/11 | J | | |
| 294. | | | | | Buy | 10/18/11 | J | | |
| 295. | | | | | Sold (part) | 11/21/11 | J | A | |
| 296. | | | | | Sold (part) | 12/23/11 | J | A | |
| 297. - Templeton Global Bond Fund Advisor Class | | | | | Buy | 05/27/11 | K | | |
| 298. | | | | | Sold (part) | 08/31/11 | K | | |
| 299. | | | | | Sold (part) | 10/03/11 | J | | |
| 300. | | | | | Buy | 10/18/11 | J | | |
| 301. | | | | | Sold (part) | 11/21/11 | J | | |
| 302. | | | | | Sold (part) | 12/23/11 | J | | |
| 303. - ACE Limited | | | | | Buy | 05/27/11 | J | | |
| 304. | | | | | Sold (part) | 08/31/11 | J | | |
| 305. | | | | | Sold (part) | 10/03/11 | J | | |
| 306. | | | | | Buy | 10/18/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 11/21/11 | J | | |
| 308. | | | | | Buy | 12/23/11 | J | | |
| 309.  - Astrazeneca OLC Spon ADR | | | | | Buy | 05/27/11 | J | | |
| 310. | | | | | Sold | 08/01/11 | J | | |
| 311.  - Berkshire Hathaway | | | | | Buy | 05/27/11 | J | | |
| 312. | | | | | Sold | 08/24/11 | J | | |
| 313.  - Blackrock Inc. | | | | | Buy | 05/27/11 | J | | |
| 314. | | | | | Sold | 08/01/11 | J | | |
| 315.  - Canadian National Railway Co. | | | | | Buy | 05/27/11 | J | | |
| 316. | | | | | Sold (part) | 08/31/11 | J | | |
| 317. | | | | | Buy | 10/18/11 | J | | |
| 318. | | | | | Sold | 11/21/11 | J | | |
| 319. | | | | | Buy | 12/23/11 | J | | |
| 320.  - Caterpillar Inc. | | | | | Buy | 05/27/11 | J | | |
| 321. | | | | | Sold (part) | 08/31/11 | J | | |
| 322. | | | | | Buy | 10/18/11 | J | | |
| 323. | | | | | Sold (part) | 11/21/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold | 12/23/11 | J | A | |
| 325. - Chevron Corp. | | | | | Buy | 05/27/11 | J | | |
| 326. | | | | | Sold (part) | 08/31/11 | J | | |
| 327. | | | | | Buy | 10/03/11 | J | | |
| 328. | | | | | Buy | 10/18/11 | J | | |
| 329. | | | | | Sold (part) | 11/21/11 | J | | |
| 330. | | | | | Buy | 12/23/11 | J | | |
| 331. - Coca Cola Co. | | | | | Buy | 05/27/11 | J | | |
| 332. | | | | | Sold (part) | 08/31/11 | J | A | |
| 333. | | | | | Sold (part) | 10/03/11 | J | | |
| 334. | | | | | Buy | 10/18/11 | J | | |
| 335. | | | | | Sold (part) | 11/21/11 | J | | |
| 336. | | | | | Buy | 12/23/11 | J | | |
| 337. - Communications Systems, Inc. | | | | | Buy | 05/27/11 | J | | |
| 338. | | | | | Sold (part) | 08/31/11 | J | | |
| 339. | | | | | Buy | 10/03/11 | J | | |
| 340. | | | | | Buy | 10/18/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. | | | | | Sold | 12/27/11 | J | | |
| 342. - Companhia de Bebidas Das Amers Spons ADR | | | | | Buy | 05/27/11 | J | | |
| 343. | | | | | Sold (part) | 08/31/11 | J | A | |
| 344. | | | | | Sold (part) | 10/03/11 | J | | |
| 345. | | | | | Buy | 10/18/11 | J | | |
| 346. | | | | | Sold (part) | 11/21/11 | J | A | |
| 347. | | | | | Buy | 12/23/11 | J | | |
| 348. - ConocoPhillips | | | | | Buy | 05/27/11 | J | | |
| 349. | | | | | Sold (part) | 08/31/11 | J | | |
| 350. | | | | | Sold (part) | 10/03/11 | J | | |
| 351. | | | | | Buy | 10/18/11 | J | | |
| 352. | | | | | Sold (part) | 11/21/11 | J | | |
| 353. | | | | | Buy | 12/23/11 | J | | |
| 354. - El Du Pont De Nemours & Co. | | | | | Buy | 05/27/11 | J | | |
| 355. | | | | | Sold (part) | 08/31/11 | J | | |
| 356. | | | | | Buy | 10/18/11 | J | | |
| 357. | | | | | Sold (part) | 11/21/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold | 12/23/11 | J | | |
| 359. - Enbridge Inc. | | | | | Buy | 05/27/11 | J | | |
| 360. | | | | | Sold (part) | 08/31/11 | J | | |
| 361. | | | | | Sold | 10/03/11 | J | | |
| 362. | | | | | Buy | 10/18/11 | J | | |
| 363. | | | | | Sold (part) | 11/21/11 | J | A | |
| 364. | | | | | Buy | 12/23/11 | J | | |
| 365. - WW Grainger Inc. | | | | | Buy | 05/27/11 | J | | |
| 366. | | | | | Sold (part) | 08/31/11 | J | A | |
| 367. | | | | | Sold (part) | 11/21/11 | J | A | |
| 368. | | | | | Buy | 12/23/11 | J | | |
| 369. - International Business Machines Corp. | | | | | Buy | 05/27/11 | J | | |
| 370. | | | | | Sold (part) | 08/31/11 | J | A | |
| 371. | | | | | Sold (part) | 10/03/11 | J | A | |
| 372. | | | | | Sold (part) | 11/21/11 | J | A | |
| 373. | | | | | Buy | 12/23/11 | J | | |
| 374. - McKesson Corp. | | | | | Buy | 05/27/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold (part) | 08/31/11 | J | | |
| 376. | | | | | Buy | 10/18/11 | J | | |
| 377. | | | | | Sold (part) | 11/21/11 | J | | |
| 378. | | | | | Buy | 12/23/11 | J | | |
| 379.  - Nike Inc. Cl. B | | | | | Buy | 05/27/11 | J | | |
| 380. | | | | | Sold (part) | 08/31/11 | J | | |
| 381. | | | | | Sold (part) | 10/03/11 | J | | |
| 382. | | | | | Buy | 10/18/11 | J | | |
| 383. | | | | | Sold (part) | 11/21/11 | J | A | |
| 384. | | | | | Buy | 12/23/11 | J | | |
| 385.  - OGE Energy Corp. | | | | | Buy | 05/27/11 | J | | |
| 386. | | | | | Sold | 08/05/11 | J | | |
| 387. | | | | | Buy | 10/03/11 | J | | |
| 388. | | | | | Buy | 10/18/11 | J | | |
| 389. | | | | | Sold (part) | 11/21/11 | J | A | |
| 390. | | | | | Buy | 12/23/11 | J | | |
| 391.  - Occidental Petroleum Corp. Del | | | | | Buy | 05/27/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold (part) | 08/31/11 | J | | |
| 393. | | | | | Buy | 10/03/11 | J | | |
| 394. | | | | | Buy | 10/18/11 | J | | |
| 395. | | | | | Sold (part) | 11/21/11 | J | | |
| 396. | | | | | Sold | 12/23/11 | J | A | |
| 397.  - ONEOK, Inc. New | | | | | Buy | 05/27/11 | J | | |
| 398. | | | | | Sold (part) | 08/31/11 | J | A | |
| 399. | | | | | Sold (part) | 10/03/11 | J | | |
| 400. | | | | | Buy | 10/18/11 | J | | |
| 401. | | | | | Sold (part) | 11/21/11 | J | A | |
| 402. | | | | | Buy | 12/23/11 | J | | |
| 403.  - Owens & Minor Inc. Holding Co. | | | | | Buy | 05/27/11 | J | | |
| 404. | | | | | Sold | 08/01/11 | J | | |
| 405.  - PPG Industries, Inc. | | | | | Buy | 05/27/11 | J | | |
| 406. | | | | | Sold (part) | 08/31/11 | J | | |
| 407. | | | | | Buy | 10/18/11 | J | | |
| 408. | | | | | Sold (part) | 11/21/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Sold | 12/23/11 | J | | |
| 410. - Pentair, Inc. | | | | | Buy | 05/27/11 | J | | |
| 411. | | | | | Sold | 08/17/11 | J | | |
| 412. - Praxair, Inc. | | | | | Buy | 05/27/11 | J | | |
| 413. | | | | | Sold (part) | 08/31/11 | J | | |
| 414. | | | | | Buy | 10/18/11 | J | | |
| 415. | | | | | Sold (part) | 11/21/11 | J | | |
| 416. | | | | | Buy | 12/23/11 | J | | |
| 417. - Reynolds American Inc. | | | | | Buy | 05/27/11 | J | | |
| 418. | | | | | Sold (part) | 08/31/11 | J | | |
| 419. | | | | | Sold (part) | 10/03/11 | J | | |
| 420. | | | | | Buy | 10/18/11 | J | | |
| 421. | | | | | Sold (part) | 11/21/11 | J | A | |
| 422. | | | | | Buy | 12/23/11 | J | | |
| 423. - Sherwin Willliams Co. | | | | | Buy | 05/27/11 | J | | |
| 424. | | | | | Sold | 08/01/11 | J | | |
| 425. - Snap-On Inc. | | | | | Buy | 05/27/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. | | | | | Sold (part) | 08/31/11 | J | | |
| 427. | | | | | Buy | 10/03/11 | J | | |
| 428. | | | | | Buy | 10/18/11 | J | | |
| 429. | | | | | Sold (part) | 11/21/11 | J | | |
| 430. | | | | | Sold | 12/23/11 | J | | |
| 431. - VF Corp. | | | | | Buy | 05/27/11 | J | | |
| 432. | | | | | Sold (part) | 08/31/11 | J | A | |
| 433. | | | | | Sold (part) | 10/03/11 | J | A | |
| 434. | | | | | Sold (part) | 11/21/11 | J | A | |
| 435. | | | | | Buy | 12/23/11 | J | | |
| 436. - Vector Group, Ltd. | | | | | Buy | 05/27/11 | J | | |
| 437. | | | | | Sold | 08/01/11 | J | | |
| 438. - Verizon Communications | | | | | Buy | 05/27/11 | J | | |
| 439. | | | | | Sold (part) | 08/31/11 | J | A | |
| 440. | | | | | Sold (part) | 10/03/11 | J | | |
| 441. | | | | | Buy | 10/18/11 | J | | |
| 442. | | | | | Sold (part) | 11/21/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Buy | 12/23/11 | J | | |
| 444. - Watsco Inc. | | | | | Buy | 05/27/11 | J | | |
| 445. | | | | | Sold | 08/01/11 | J | | |
| 446. | | | | | Buy | 10/03/11 | J | | |
| 447. | | | | | Sold | 10/18/11 | J | A | |
| 448. | | | | | Buy | 11/21/11 | J | | |
| 449. | | | | | Sold | 12/23/11 | J | A | |
| 450. - West Pharmaceutical Services | | | | | Buy | 05/27/11 | J | | |
| 451. | | | | | Sold (part) | 08/31/11 | J | | |
| 452. | | | | | Sold (part) | 10/03/11 | J | | |
| 453. | | | | | Buy | 10/18/11 | J | | |
| 454. | | | | | Sold | 11/21/11 | J | | |
| 455. - Yum Brands, Inc. | | | | | Buy | 05/27/11 | J | | |
| 456. | | | | | Sold (part) | 08/31/11 | J | | |
| 457. | | | | | Sold | 10/03/11 | J | | |
| 458. | | | | | Buy | 10/18/11 | J | | |
| 459. | | | | | Sold (part) | 11/21/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 78

Name of Person Reporting

Hall, Sarah A.

Date of Report

05/08/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Buy | 12/23/11 | J | | |
| 461.  - Covidien PLC | | | | | Buy | 08/01/11 | J | | |
| 462. | | | | | Sold (part) | 08/31/11 | J | | |
| 463. | | | | | Buy | 10/18/11 | J | | |
| 464. | | | | | Sold (part) | 11/21/11 | J | | |
| 465. | | | | | Sold | 12/23/11 | J | | |
| 466.  - Willis Group Holdings PLC Ireland | | | | | Buy | 08/01/11 | J | | |
| 467. | | | | | Sold (part) | 08/31/11 | J | | |
| 468. | | | | | Buy | 10/03/11 | J | | |
| 469. | | | | | Buy | 10/18/11 | J | | |
| 470. | | | | | Sold (part) | 11/21/11 | J | | |
| 471. | | | | | Sold | 12/23/11 | J | A | |
| 472.  - Amerisourcebergen Corp. | | | | | Buy | 08/01/11 | J | | |
| 473. | | | | | Sold (part) | 08/31/11 | J | A | |
| 474. | | | | | Sold (part) | 10/03/11 | J | | |
| 475. | | | | | Buy | 10/18/11 | J | | |
| 476. | | | | | Sold (part) | 11/21/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 32 of 78

Name of Person Reporting

Hall, Sarah A.

Date of Report

05/08/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Sold | 12/23/11 | J | | |
| 478.  - BCE Inc. CAD New | | | | | Buy | 08/01/11 | J | | |
| 479. | | | | | Sold (part) | 08/31/11 | J | A | |
| 480. | | | | | Sold (part) | 10/03/11 | J | | |
| 481. | | | | | Buy | 10/18/11 | J | | |
| 482. | | | | | Sold (part) | 11/21/11 | J | | |
| 483. | | | | | Buy | 12/23/11 | J | | |
| 484.  - British American Tobacco PLC ADR | | | | | Buy | 08/01/11 | J | | |
| 485. | | | | | Sold | 08/31/11 | J | | |
| 486. | | | | | Buy | 10/18/11 | J | | |
| 487. | | | | | Sold (part) | 11/21/11 | J | | |
| 488. | | | | | Buy | 12/23/11 | J | | |
| 489.  - Rayonier Inc. REIT | | | | | Buy | 08/01/11 | J | | |
| 490. | | | | | Sold (part) | 08/31/11 | J | | |
| 491. | | | | | Buy | 10/18/11 | J | | |
| 492. | | | | | Sold (part) | 11/21/11 | J | | |
| 493. | | | | | Buy | 12/23/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. - Genuine Parts Co. | | | | | Buy | 08/17/11 | J | | |
| 495. | | | | | Sold (part) | 08/31/11 | J | A | |
| 496. | | | | | Buy | 10/18/11 | J | | |
| 497. | | | | | Sold (part) | 11/21/11 | J | A | |
| 498. | | | | | Buy | 12/23/11 | J | | |
| 499. - Public Storage (MD) | | | | | Buy | 08/24/11 | J | | |
| 500. | | | | | Sold (part) | 08/31/11 | J | A | |
| 501. | | | | | Buy | 10/18/11 | J | | |
| 502. | | | | | Sold (part) | 11/21/11 | J | A | |
| 503. | | | | | Buy | 12/23/11 | J | | |
| 504. - Leuthold Grizzly Short Fund | | | | | Buy | 10/03/11 | J | | |
| 505. | | | | | Buy | 10/04/11 | J | | |
| 506. | | | | | Sold | 10/18/11 | J | | |
| 507. - PIMCO Stocksplus TR Short Strategy Fund Class A | | | | | Buy | 10/03/11 | J | | |
| 508. | | | | | Buy | 10/04/11 | J | | |
| 509. | | | | | Sold | 10/18/11 | J | | |
| 510. - Proshares Short S&P 500 | | | | | Buy | 10/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Sold (part) | 10/04/11 | J | | |
| 512. | | | | | Sold | 10/18/11 | J | | |
| 513. | | | | | Buy | 11/21/11 | J | | |
| 514. | | | | | Sold | 12/23/11 | J | | |
| 515. - Proshares Short Dow 30 | | | | | Buy | 10/03/11 | J | | |
| 516. | | | | | Sold (part) | 10/04/11 | J | | |
| 517. | | | | | Sold | 10/18/11 | J | | |
| 518. | | | | | Buy | 11/21/11 | J | | |
| 519. | | | | | Sold | 12/23/11 | J | | |
| 520. - Vanguard Fixed Income Sec Fd GNMA Portfolio | | | | | Buy | 11/21/11 | J | | |
| 521. | | | | | Sold (part) | 12/27/11 | J | A | |
| 522. - Lord Abbett Short Duration Income FD Cl F | | | | | Buy | 11/21/11 | J | | |
| 523. | | | | | Sold (part) | 12/23/11 | J | A | |
| 524. - Helmerich & Payne Inc. | | | | | Buy | 12/16/11 | J | | |
| 525. | | | | | Sold | 12/23/11 | J | A | |
| 526. - Intel Corp. | | | | | Buy | 12/23/11 | J | | |
| 527. - Pfizer, Inc. | | | | | Buy | 12/23/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 78

Name of Person Reporting

Hall, Sarah A.

Date of Report

05/08/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528.  IRA #2 | C | Dividend | M | T | | | | | |
| 529.  - American Century Govt Income Tr Inflation-Adj Bond FD | | | | | Sold | 05/27/11 | K | A | |
| 530.  - Blackrock GNMA Port CL Instl | | | | | Sold | 01/28/11 | K | | |
| 531.  - Harbor Bond Fund Inst'l Shares | | | | | Sold | 05/27/11 | K | | |
| 532.  - Lord Abbett Short Duration Income Fd Cl F | | | | | Sold | 05/27/11 | K | | |
| 533. | | | | | Buy | 11/21/11 | J | | |
| 534. | | | | | Sold (part) | 12/23/11 | J | A | |
| 535.  - Pimco Total Return Fund CL P | | | | | Buy | 05/27/11 | K | | |
| 536. | | | | | Sold (part) | 10/03/11 | K | | |
| 537. | | | | | Buy | 10/18/11 | K | | |
| 538. | | | | | Sold (part) | 11/21/11 | J | A | |
| 539. | | | | | Sold (part) | 12/23/11 | J | A | |
| 540.  - Templeton Global Bond Fund | | | | | Buy | 05/27/11 | J | | |
| 541. | | | | | Sold (part) | 10/03/11 | K | | |
| 542. | | | | | Buy | 10/18/11 | K | | |
| 543. | | | | | Sold (part) | 11/21/11 | J | | |
| 544. | | | | | Sold (part) | 12/23/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Hall, Sarah A.

Date of Report

05/08/2012

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. - Dreyfus Money Market Sec Instrs Inc. Govt Securities | | | | | | | | | |
| 546. - Nuveen Build America Bond Fund | | | | | Buy | 01/28/11 | K | | |
| 547. | | | | | Sold | 05/27/11 | K | A | |
| 548. - Airgas Inc. | | | | | Buy | 05/27/11 | J | | |
| 549. | | | | | Sold | 10/03/11 | J | | |
| 550. - Allergan, Inc. | | | | | Buy | 05/27/11 | J | | |
| 551. | | | | | Sold | 10/03/11 | J | | |
| 552. - Amitech Systems, Inc. New | | | | | Buy | 05/27/11 | J | | |
| 553. | | | | | Sold | 07/08/11 | J | | |
| 554. - Apache Corp. | | | | | Buy | 05/27/11 | J | | |
| 555. | | | | | Sold | 10/03/11 | J | | |
| 556. - Apple Inc. CGMI and/or its affiliates | | | | | Buy | 05/27/11 | J | | |
| 557. | | | | | Sold | 10/03/11 | J | A | |
| 558. - Ascena Retail Group Inc. | | | | | Buy | 05/27/11 | J | | |
| 559. | | | | | Sold | 10/03/11 | J | | |
| 560. - Bank of Marin Bancorp | | | | | Buy | 05/27/11 | J | | |
| 561. | | | | | Sold | 10/03/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. - Berkshire Hathaway Inc. CL B | | | | | Buy | 05/27/11 | J | | |
| 563. | | | | | Sold | 10/03/11 | J | | |
| 564. - Big Lots Inc. | | | | | Buy | 05/27/11 | J | | |
| 565. | | | | | Sold | 10/03/11 | J | A | |
| 566. - CSX Corp | | | | | Buy | 05/27/11 | J | | |
| 567. | | | | | Sold | 10/03/11 | J | | |
| 568. - Cabot Oil & Gas Corp. | | | | | Buy | 05/27/11 | J | | |
| 569. | | | | | Sold | 10/03/11 | J | A | |
| 570. - Canadian Natural RR Ltd. | | | | | Buy | 05/27/11 | J | | |
| 571. | | | | | Sold | 08/01/11 | J | | |
| 572. | | | | | Buy | 10/03/11 | J | | |
| 573. | | | | | Buy | 10/18/11 | J | | |
| 574. | | | | | Sold (part) | 11/21/11 | J | A | |
| 575. | | | | | Buy | 12/23/11 | J | | |
| 576. - Cubic Corp De. | | | | | Buy | 05/27/11 | J | | |
| 577. | | | | | Sold | 08/01/11 | J | | |
| 578. - Devon Energy Corp. New | | | | | Buy | 05/27/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 579. | | | | | Sold | 10/03/11 | J | | |
| 580. - Dollar Tree Inc. | | | | | Buy | 05/27/11 | J | | |
| 581. | | | | | Sold | 10/03/11 | J | A | |
| 582. - Dorman Products Inc. | | | | | Buy | 05/27/11 | J | | |
| 583. | | | | | Sold | 10/03/11 | J | | |
| 584. - Edwards Lifeschiences Corp. | | | | | Buy | 05/27/11 | J | | |
| 585. | | | | | Sold | 08/01/11 | J | | |
| 586. - Eplus, Inc. | | | | | Buy | 05/27/11 | J | | |
| 587. | | | | | Sold | 10/03/11 | J | | |
| 588. - Fastenal Co. | | | | | Buy | 05/27/11 | J | | |
| 589. | | | | | Sold | 10/03/11 | J | | |
| 590. - GSI Technology | | | | | Buy | 05/27/11 | J | | |
| 591. | | | | | Sold | 06/22/11 | J | | |
| 592. - Gardner Denver Inc. | | | | | Buy | 05/27/11 | J | | |
| 593. | | | | | Sold | 10/03/11 | J | | |
| 594. - Helmerich & Payne, Inc. | | | | | Buy | 05/27/11 | J | | |
| 595. | | | | | Sold | 10/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 596. | | | | | Buy | 12/16/11 | J | | |
| 597. | | | | | Sold | 12/23/11 | J | A | |
| 598.  - Idexx Laboratories Inc. | | | | | Buy | 05/27/11 | J | | |
| 599. | | | | | Sold | 10/03/11 | J | | |
| 600.  - Idex Corporation | | | | | Buy | 07/08/11 | J | | |
| 601. | | | | | Sold | 10/03/11 | J | | |
| 602.  - Madden Steven Ltd. | | | | | Buy | 05/27/11 | J | | |
| 603. | | | | | Sold | 10/03/11 | J | | |
| 604.  - Mettler Toledo Intl Inc. | | | | | Buy | 05/27/11 | J | | |
| 605. | | | | | Sold | 10/03/11 | J | | |
| 606.  - Ntease.com Inc. ADR | | | | | Buy | 05/27/11 | J | | |
| 607. | | | | | Sold | 10/03/11 | J | | |
| 608.  - Novo-Nordisk A S ADR | | | | | Buy | 05/27/11 | J | | |
| 609. | | | | | Sold | 10/03/11 | J | | |
| 610.  - Open Text Corp. | | | | | Buy | 05/27/11 | J | | |
| 611. | | | | | Sold | 10/03/11 | J | | |
| 612.  - Polo Ralph Lauren Corp. Cl. A | | | | | Buy | 05/27/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Sold | 10/03/11 | J | A | |
| 614. - Potash Corp. Sask Inc. | | | | | Buy | 05/27/11 | J | | |
| 615. | | | | | Sold | 10/03/11 | J | | |
| 616. - Schein (Henry) Inc. | | | | | Buy | 05/27/11 | J | | |
| 617. | | | | | Sold | 10/03/11 | J | | |
| 618. - Ultapar Participacoes SA Spons ADR Repstg PDF SHS | | | | | Buy | 05/27/11 | J | | |
| 619. | | | | | Sold | 10/03/11 | J | | |
| 620. - Wolverine World-Wide, Inc. | | | | | Buy | 05/27/11 | J | | |
| 621. | | | | | Sold | 10/03/11 | J | | |
| 622. - Old Dominion Fght Lines Inc. | | | | | Buy | 06/22/11 | J | | |
| 623. | | | | | Sold | 10/03/11 | J | | |
| 624. - Lufkin Industries, Inc. | | | | | Buy | 08/01/11 | J | | |
| 625. | | | | | Sold | 10/03/11 | J | | |
| 626. - Perrigo Company | | | | | Buy | 08/01/11 | J | | |
| 627. | | | | | Sold | 10/03/11 | J | | |
| 628. - Robbins & Myers Inc. | | | | | Buy | 08/01/11 | J | | |
| 629. | | | | | Sold | 10/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Hall, Sarah A. | 05/08/2012 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630.   - Leuthold Grizzly Short Fund | | | | | Buy | 10/03/11 | K | | |
| 631. | | | | | Buy | 10/04/11 | J | | |
| 632. | | | | | Sold | 10/18/11 | K | | |
| 633.   - Covidien PLC | | | | | Buy | 10/03/11 | J | | |
| 634. | | | | | Buy | 10/18/11 | J | | |
| 635. | | | | | Sold (part) | 11/21/11 | J | A | |
| 636. | | | | | Sold | 12/23/11 | J | A | |
| 637.   - Willis Group Holdgs PLC Ireland | | | | | Buy | 10/03/11 | J | | |
| 638. | | | | | Buy | 10/18/11 | J | | |
| 639. | | | | | Sold (part) | 11/21/11 | J | A | |
| 640. | | | | | Sold | 12/23/11 | J | A | |
| 641.   - ACE Limited | | | | | Buy | 10/03/11 | J | | |
| 642. | | | | | Buy | 10/18/11 | J | | |
| 643. | | | | | Sold (part) | 11/21/11 | J | A | |
| 644. | | | | | Buy | 12/23/11 | J | | |
| 645.   - Amerisourcebergen Corp. | | | | | Buy | 10/03/11 | J | | |
| 646. | | | | | Buy | 10/18/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Sold (part) | 11/21/11 | J | A | |
| 648. | | | | | Sold | 12/23/11 | J | A | |
| 649. - BCE Inc. | | | | | Buy | 10/03/11 | J | | |
| 650. | | | | | Buy | 10/18/11 | J | | |
| 651. | | | | | Sold (part) | 11/21/11 | J | A | |
| 652. | | | | | Buy | 12/23/11 | J | | |
| 653. - British American Tobacco PLC | | | | | Buy | 10/03/11 | J | | |
| 654. | | | | | Buy | 10/18/11 | J | | |
| 655. | | | | | Sold (part) | 11/21/11 | J | A | |
| 656. | | | | | Buy | 12/23/11 | J | | |
| 657. - Caterpillar Inc. | | | | | Buy | 10/03/11 | J | | |
| 658. | | | | | Buy | 10/18/11 | J | | |
| 659. | | | | | Sold (part) | 11/21/11 | J | A | |
| 660. | | | | | Sold | 12/23/11 | J | A | |
| 661. - Chevron Corp. | | | | | Buy | 10/03/11 | J | | |
| 662. | | | | | Buy | 10/18/11 | J | | |
| 663. | | | | | Sold (part) | 11/21/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Hall, Sarah A.                                                    05/08/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Buy | 12/23/11 | J | | |
| 665.  - Coca-Cola Co. | | | | | Buy | 10/03/11 | J | | |
| 666. | | | | | Buy | 10/18/11 | J | | |
| 667. | | | | | Sold (part) | 11/21/11 | J | A | |
| 668. | | | | | Buy | 12/23/11 | J | | |
| 669.  - Communications Systems, Inc. | | | | | Buy | 10/03/11 | J | | |
| 670. | | | | | Buy | 10/18/11 | J | | |
| 671. | | | | | Sold | 12/16/11 | J | | |
| 672.  - Companhia De Bebidas Das Amers Spons ADR | | | | | Buy | 10/03/11 | J | | |
| 673. | | | | | Buy | 10/18/11 | J | | |
| 674. | | | | | Sold (part) | 11/21/11 | J | A | |
| 675. | | | | | Buy | 12/23/11 | J | | |
| 676.  - ConocoPhillips | | | | | Buy | 10/03/11 | J | | |
| 677. | | | | | Buy | 10/18/11 | J | | |
| 678. | | | | | Sold (part) | 11/21/11 | J | A | |
| 679. | | | | | Buy | 12/23/11 | J | | |
| 680.  - El Du Pond de Nemours & Co | | | | | Buy | 10/03/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | Buy | 10/18/11 | J | | |
| 682. | | | | | Sold (part) | 11/21/11 | J | A | |
| 683. | | | | | Sold | 12/23/11 | J | A | |
| 684. - Enbridge Inc. | | | | | Buy | 10/03/11 | J | | |
| 685. | | | | | Buy | 10/18/11 | J | | |
| 686. | | | | | Sold (part) | 11/21/11 | J | A | |
| 687. | | | | | Buy | 12/23/11 | J | | |
| 688. - Genuine Parts Co. | | | | | Buy | 10/03/11 | J | | |
| 689. | | | | | Buy | 10/18/11 | J | | |
| 690. | | | | | Sold (part) | 11/21/11 | J | A | |
| 691. | | | | | Buy | 12/23/11 | J | | |
| 692. - WW Grainger Inc. | | | | | Buy | 10/03/11 | J | | |
| 693. | | | | | Buy | 10/18/11 | J | | |
| 694. | | | | | Sold (part) | 11/21/11 | J | A | |
| 695. | | | | | Buy | 12/23/11 | J | | |
| 696. - International Business Machines Corp. | | | | | Buy | 10/03/11 | J | | |
| 697. | | | | | Buy | 10/18/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | Sold (part) | 11/21/11 | J | A | |
| 699. | | | | | Buy | 12/23/11 | J | | |
| 700. - McKesson Corp. | | | | | Buy | 10/03/11 | J | | |
| 701. | | | | | Buy | 10/18/11 | J | | |
| 702. | | | | | Sold (part) | 11/21/11 | J | | |
| 703. | | | | | Buy | 12/23/11 | J | | |
| 704. - Nike, Inc. Cl B | | | | | Buy | 10/03/11 | J | | |
| 705. | | | | | Buy | 10/18/11 | J | | |
| 706. | | | | | Sold (part) | 10/21/11 | J | A | |
| 707. | | | | | Buy | 12/23/11 | J | | |
| 708. - OGE Energy Corp. | | | | | Buy | 10/03/11 | J | | |
| 709. | | | | | Buy | 10/18/11 | J | | |
| 710. | | | | | Sold (part) | 10/18/11 | J | A | |
| 711. | | | | | Buy | 12/23/11 | J | | |
| 712. - Occidental Petroleum Corp. - Del | | | | | Buy | 10/03/11 | J | | |
| 713. | | | | | Buy | 10/18/11 | J | | |
| 714. | | | | | Sold (part) | 11/21/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report

Hall, Sarah A.

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | Sold | 12/23/11 | J | A | |
| 716.   - Oneok Inc. New | | | | | Buy | 10/03/11 | J | | |
| 717. | | | | | Buy | 10/18/11 | J | | |
| 718. | | | | | Sold (part) | 11/21/11 | J | A | |
| 719. | | | | | Buy | 12/23/11 | J | | |
| 720.   - PPG Industries, Inc. | | | | | Buy | 10/03/11 | J | | |
| 721. | | | | | Buy | 10/18/11 | J | | |
| 722. | | | | | Sold (part) | 11/21/11 | J | A | |
| 723. | | | | | Sold | 12/23/11 | J | A | |
| 724.   - PIMCO Stocksplus Tr Short Strategy Fund Class A | | | | | Buy | 10/03/11 | K | | |
| 725. | | | | | Buy | 10/04/11 | J | | |
| 726. | | | | | Sold | 10/18/11 | K | | |
| 727.   - Praxair Inc. | | | | | Buy | 10/03/11 | J | | |
| 728. | | | | | Buy | 10/18/11 | J | | |
| 729. | | | | | Sold (part) | 11/21/11 | J | A | |
| 730. | | | | | Buy | 12/23/11 | J | | |
| 731.   - Proshares Short S&P 500 | | | | | Buy | 10/03/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | Sold (part) | 10/04/11 | J | | |
| 733. | | | | | Sold | 10/18/11 | J | | |
| 734. | | | | | Buy | 11/21/11 | J | | |
| 735. | | | | | Sold | 12/23/11 | J | | |
| 736.  - Proshares Short Dow 30 | | | | | Buy | 10/03/11 | J | | |
| 737. | | | | | Sold (part) | 10/04/11 | J | | |
| 738. | | | | | Sold | 10/18/11 | J | | |
| 739. | | | | | Buy | 11/21/11 | J | | |
| 740. | | | | | Sold | 12/23/11 | J | | |
| 741.  - Public Storage (MD) | | | | | Buy | 10/03/11 | J | | |
| 742. | | | | | Buy | 10/18/11 | J | | |
| 743. | | | | | Sold (part) | 11/21/11 | J | A | |
| 744. | | | | | Buy | 12/23/11 | J | | |
| 745.  - Rayonier Inc. (REIT) | | | | | Buy | 10/03/11 | J | | |
| 746. | | | | | Buy | 10/18/11 | J | | |
| 747. | | | | | Sold (part) | 10/21/11 | J | A | |
| 748. | | | | | Buy | 12/23/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749.  - Reynolds American Inc. | | | | | Buy | 10/03/11 | J | | |
| 750. | | | | | Buy | 10/10/11 | J | | |
| 751. | | | | | Sold (part) | 11/21/11 | J | A | |
| 752. | | | | | Buy | 12/23/11 | J | | |
| 753.  - Snap On Inc. | | | | | Buy | 10/03/11 | J | | |
| 754. | | | | | Buy | 10/18/11 | J | | |
| 755. | | | | | Sold (part) | 11/21/11 | J | A | |
| 756. | | | | | Sold | 12/23/11 | J | A | |
| 757.  - VF Corp. | | | | | Buy | 10/03/11 | J | | |
| 758. | | | | | Buy | 10/18/11 | J | | |
| 759. | | | | | Sold (part) | 11/21/11 | J | A | |
| 760. | | | | | Buy | 12/23/11 | J | | |
| 761.  - Verizon Communications | | | | | Buy | 10/03/11 | J | | |
| 762. | | | | | Buy | 10/18/11 | J | | |
| 763. | | | | | Sold (part) | 11/21/11 | J | | |
| 764. | | | | | Buy | 12/23/11 | J | | |
| 765.  - Watsco, Inc. | | | | | Buy | 10/03/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | Sold | 10/18/11 | J | A | |
| 767. | | | | | Buy | 11/21/11 | J | | |
| 768. | | | | | Sold | 12/23/11 | J | A | |
| 769. - YUM Brands, Inc. | | | | | Buy | 10/03/11 | J | | |
| 770. | | | | | Buy | 10/18/11 | J | | |
| 771. | | | | | Sold (part) | 11/21/11 | J | A | |
| 772. | | | | | Buy | 12/23/11 | J | | |
| 773. - West Pharmaceutical Services | | | | | Buy | 10/18/11 | J | | |
| 774. | | | | | Sold | 11/21/11 | J | | |
| 775. - Vanguard Fixed Income Sec Fund GNMA Portfolio | | | | | Buy | 11/21/11 | J | | |
| 776. | | | | | Sold (part) | 12/23/11 | J | A | |
| 777. - Intel Corp. | | | | | Buy | 12/23/11 | J | | |
| 778. - Pfizer, Inc. | | | | | Buy | 12/23/11 | J | | |
| 779. IRA #3 | A | Dividend | L | T | Open | 09/08/11 | L | | |
| 780. - Dreyfus Money Market Instruments, Inc. | | | | | Buy | 09/06/11 | J | | |
| 781. - PIMCO Enhanced Short Maturity Strategy Fund | | | | | Buy | 09/08/11 | K | | |
| 782. | | | | | Sold | 09/20/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. - SPDR Ser Tr Barclays 1-3 month T-bill ETF | | | | | Buy | 09/08/11 | K | | |
| 784. | | | | | Sold | 09/20/11 | K | | |
| 785. - Vanguard Bond Index Funds Short-Term Bond ETF | | | | | Buy | 09/08/11 | K | | |
| 786. | | | | | Sold | 09/20/11 | K | A | |
| 787. - Vanguard Short Term Govt Bond ETF | | | | | Buy | 09/08/11 | K | | |
| 788. | | | | | Sold | 09/20/11 | K | | |
| 789. - Vanguard Short Term Corporate Bond ETF | | | | | Buy | 09/08/11 | K | | |
| 790. | | | | | Sold | 09/20/11 | K | | |
| 791. - Akorn Inc. | | | | | Buy | 09/20/11 | J | | |
| 792. | | | | | Sold | 09/22/11 | J | | |
| 793. - Banro Corp. | | | | | Buy | 09/20/11 | J | | |
| 794. | | | | | Sold | 09/22/11 | J | | |
| 795. - Conns Inc. | | | | | Buy | 09/20/11 | J | | |
| 796. | | | | | Sold | 09/22/11 | J | | |
| 797. | | | | | Buy | 10/18/11 | J | | |
| 798. | | | | | Sold | 10/25/11 | J | A | |
| 799. - Datalink Corp. | | | | | Buy | 09/20/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. | | | | | Sold | 09/22/11 | J | | |
| 801. - Education Realty Trust, Inc. | | | | | Buy | 09/20/11 | J | | |
| 802. | | | | | Sold | 09/22/11 | J | | |
| 803. - Jaguar Mining Inc. | | | | | Buy | 09/20/11 | J | | |
| 804. | | | | | Sold | 09/22/11 | J | | |
| 805. - Leothold Grizzly Short Fund | | | | | Buy | 09/22/11 | J | | |
| 806. | | | | | Sold | 10/18/11 | J | | |
| 807. - Merge Healthcare, Inc. | | | | | Buy | 09/20/11 | J | | |
| 808. | | | | | Sold | 09/22/11 | J | | |
| 809. | | | | | Buy | 10/18/11 | J | | |
| 810. | | | | | Sold | 10/25/11 | J | A | |
| 811. - Mitek Systems, Inc. | | | | | Buy | 09/20/11 | J | | |
| 812. | | | | | Sold | 09/22/11 | J | | |
| 813. | | | | | Buy | 10/18/11 | J | | |
| 814. | | | | | Sold | 10/25/11 | J | | |
| 815. - Staar Surgical Col New | | | | | Buy | 09/20/11 | J | | |
| 816. | | | | | Sold | 09/22/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. - VISTA Gold Corp. | | | | | Buy | 09/20/11 | J | | |
| 818. | | | | | Sold | 09/22/11 | J | | |
| 819. - Amerisourcebergen Corp. | | | | | Buy | 09/22/11 | J | | |
| 820. | | | | | Sold | 10/19/11 | J | A | |
| 821. - Dollar Tree Inc. | | | | | Buy | 09/22/11 | J | | |
| 822. | | | | | Sold (part) | 10/18/11 | J | A | |
| 823. | | | | | Buy | 10/25/11 | J | | |
| 824. | | | | | Buy | 10/25/11 | J | | |
| 825. | | | | | Sold (part) | 11/21/11 | J | | |
| 826. | | | | | Sold (part) | 12/23/11 | J | A | |
| 827. | | | | | Sold | 12/23/11 | J | A | |
| 828. - Enbridge, Inc. | | | | | Buy | 09/22/11 | J | | |
| 829. | | | | | Sold (part) | 10/18/11 | J | A | |
| 830. | | | | | Buy | 10/25/11 | J | | |
| 831. | | | | | Sold (part) | 11/21/11 | J | A | |
| 832. | | | | | Sold | 12/23/11 | J | A | |
| 833. - WW Grainger Inc. | | | | | Buy | 09/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Hall, Sarah A.

05/08/2012

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. | | | | | Sold (part) | 10/18/11 | J | A | |
| 835. | | | | | Buy | 10/25/11 | J | | |
| 836. | | | | | Sold (part) | 11/21/11 | J | A | |
| 837. | | | | | Sold | 12/23/11 | J | A | |
| 838.  - Helmerich & Payne Inc. | | | | | Buy | 09/22/11 | J | | |
| 839. | | | | | Sold | 10/18/11 | J | A | |
| 840. | | | | | Buy | 12/23/11 | J | | |
| 841.  - Madden Steven Ltd. | | | | | Buy | 09/22/11 | J | | |
| 842. | | | | | Sold (part) | 10/18/11 | J | A | |
| 843. | | | | | Buy | 10/25/11 | J | | |
| 844. | | | | | Sold (part) | 11/22/11 | J | | |
| 845. | | | | | Sold (part) | 12/23/11 | J | | |
| 846.  - Nike Inc. CL B | | | | | Buy | 09/22/11 | J | | |
| 847. | | | | | Sold (part) | 10/18/11 | J | A | |
| 848.  - Novo-Nordisk A S ADR | | | | | Buy | 09/22/11 | J | | |
| 849. | | | | | Sold (part) | 10/18/11 | J | A | |
| 850.  - OGE Energy Corp. | | | | | Buy | 09/09/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

Hall, Sarah A.

05/08/2012

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. | | | | | Sold | 10/18/11 | J | A | |
| 852.   - Old Dominion Fght Lines, Inc. | | | | | Buy | 09/22/11 | J | | |
| 853. | | | | | Sold | 10/18/11 | J | A | |
| 854. | | | | | Buy | 12/23/11 | J | | |
| 855.   - Perrigo Company | | | | | Buy | 09/22/11 | J | | |
| 856. | | | | | Sold (part) | 10/18/11 | J | A | |
| 857. | | | | | Buy | 10/25/11 | J | | |
| 858. | | | | | Sold (part) | 11/21/11 | J | | |
| 859. | | | | | Sold (part) | 12/23/11 | J | A | |
| 860.   - PIMCO Stocksplus TR Short Strategy Fund Class A | | | | | Buy | 09/22/11 | J | | |
| 861. | | | | | Sold | 11/18/11 | J | | |
| 862.   - Potash Corp. SASK Inc. | | | | | Buy | 09/22/11 | J | | |
| 863. | | | | | Sold | 10/18/11 | J | A | |
| 864.   - Proshares Short S&P 500 | | | | | Buy | 09/22/11 | J | | |
| 865. | | | | | Sold | 10/18/11 | J | | |
| 866. | | | | | Buy | 11/21/11 | J | | |
| 867. | | | | | Sold | 12/23/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 55 of 78 | Hall, Sarah A. | 05/08/2012 |

Hall, Sarah A.

05/08/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868.  - Proshares Short Dow 30 | | | | | Buy | 09/22/11 | J | | |
| 869. | | | | | Sold | 10/18/11 | J | | |
| 870. | | | | | Buy | 11/21/11 | J | | |
| 871. | | | | | Sold | 12/23/11 | J | | |
| 872.  - Public Storage (Md) | | | | | Buy | 09/22/11 | J | | |
| 873. | | | | | Sold | 10/18/11 | J | A | |
| 874.  - VF Corp. | | | | | Buy | 09/22/11 | J | | |
| 875. | | | | | Sold (part) | 10/18/11 | J | A | |
| 876. | | | | | Buy | 10/25/11 | J | | |
| 877. | | | | | Sold (part) | 11/21/11 | J | | |
| 878. | | | | | Sold | 12/23/11 | J | | |
| 879.  - Yum Brands Inc. | | | | | Buy | 09/22/11 | J | | |
| 880. | | | | | Sold | 10/18/11 | J | A | |
| 881.  - Acura Pharmaceuticals Inc. | | | | | Buy | 10/18/11 | J | | |
| 882. | | | | | Sold | 10/25/11 | J | | |
| 883.  - Boston Private Finl Holdings, Inc. | | | | | Buy | 10/18/11 | J | | |
| 884. | | | | | Sold | 10/25/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885.   - Egain Communications Corp. New | | | | | Buy | 10/18/11 | J | | |
| 886. | | | | | Sold | 10/25/11 | J | A | |
| 887.   - On Assignment Inc. | | | | | Buy | 10/18/11 | J | | |
| 888. | | | | | Sold | 10/25/11 | J | A | |
| 889.   - RTI Biologics, Inc. | | | | | Buy | 10/18/11 | J | | |
| 890. | | | | | Sold | 10/25/11 | J | A | |
| 891.   - S 1 Corporation | | | | | Buy | 10/18/11 | J | | |
| 892. | | | | | Sold | 10/21/11 | J | | |
| 893.   - Smart Balance Inc. | | | | | Buy | 10/18/11 | J | | |
| 894. | | | | | Sold | 10/25/11 | J | A | |
| 895.   - Travelcenters of America LLC | | | | | Buy | 10/21/11 | J | | |
| 896. | | | | | Sold | 10/25/11 | J | | |
| 897.   - Apple Inc. | | | | | Buy | 10/25/11 | J | | |
| 898. | | | | | Sold (part) | 11/21/11 | J | | |
| 899. | | | | | Sold (part) | 12/23/11 | J | | |
| 900.   - Cabot Oil & Gas Corp. | | | | | Buy | 10/25/11 | J | | |
| 901. | | | | | Sold (part) | 11/21/11 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. | | | | | Sold | 12/23/11 | J | A | |
| 903. - ONEOK, Inc. | | | | | Buy | 10/25/11 | J | | |
| 904. | | | | | Sold (part) | 11/21/11 | J | A | |
| 905. | | | | | Sold | 12/23/11 | J | A | |
| 906. - Ultrapar Participacoes SA Spons ADR Repstg Ord Shs | | | | | Buy | 10/25/11 | J | | |
| 907. | | | | | Sold (part) | 11/21/11 | J | | |
| 908. | | | | | Sold (part) | 12/23/11 | J | | |
| 909. - Vanguard Fixed Income Sec FD GNMA Portfolio | | | | | Buy | 11/21/11 | J | | |
| 910. | | | | | Sold (part) | 12/23/11 | J | A | |
| 911. - Lord Abbett Short Duation Income Fd Cl F | | | | | Buy | 11/23/11 | J | | |
| 912. | | | | | Sold (part) | 12/23/11 | J | A | |
| 913. - PIMCO Total Return Fund CL P | | | | | Buy | 11/21/11 | J | | |
| 914. | | | | | Sold (part) | 12/23/11 | J | A | |
| 915. - Templeton Global Bond Fund Advisor Class | | | | | Buy | 11/21/11 | J | | |
| 916. | | | | | Sold (part) | 12/23/11 | J | | |
| 917. - Airgas, Inc. | | | | | Buy | 12/23/11 | J | | |
| 918. - Allergan Inc. | | | | | Buy | 12/23/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. - Ascena Retail Group Inc. | | | | | Buy | 12/23/11 | J | | |
| 920. - Big Lots, Inc. | | | | | Buy | 12/23/11 | J | | |
| 921. - Concho Resources, Inc. | | | | | Buy | 12/23/11 | J | | |
| 922. - Devon Energy Corp. New | | | | | Buy | 12/23/11 | J | | |
| 923. - Dorman Products, Inc. | | | | | Buy | 12/23/11 | J | | |
| 924. - Eplus, Inc. | | | | | Buy | 12/23/11 | J | | |
| 925. - Fastenal Co. | | | | | Buy | 12/23/11 | J | | |
| 926. - Gardner Denver Inc. | | | | | Buy | 12/23/11 | J | | |
| 927. - Indexx Laboratories Inc. | | | | | Buy | 12/23/11 | J | | |
| 928. - Netease.com Inc. ADR | | | | | Buy | 12/23/11 | J | | |
| 929. - Noble Energy Inc. | | | | | Buy | 12/23/11 | J | | |
| 930. - Open Text Corp. | | | | | Buy | 12/23/11 | J | | |
| 931. - Ralph Lauren Corp. Cl. A | | | | | Buy | 12/23/11 | J | | |
| 932. - Robbins & Myers Inc. | | | | | Buy | 12/23/11 | J | | |
| 933. - Wolverine World-Wide Inc. | | | | | Buy | 12/23/11 | J | | |
| 934. TRUST #2 spouse (SEP IRA #2) | D | Dividend | O | T | | | | | |
| 935. - MidFirst Bank | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. - Altria Group Inc. Common Stock | | | | | Sold | 06/03/11 | J | C | |
| 937. - Apple, Inc. Common Stock | | | | | Buy | 01/28/11 | J | | |
| 938. | | | | | Sold | 06/03/11 | K | B | |
| 939. | | | | | Buy | 12/23/11 | J | | |
| 940. - AT&T Common Stock | | | | | Sold | 06/03/11 | J | A | |
| 941. - Coca-Cola Co. Stock | | | | | Buy | 06/03/11 | J | | |
| 942. | | | | | Sold (part) | 10/03/11 | J | A | |
| 943. | | | | | Buy | 10/18/11 | J | | |
| 944. | | | | | Sold (part) | 11/21/11 | J | A | |
| 945. | | | | | Sold | 12/23/11 | J | A | |
| 946. - Devon Energy Corp. Common Stock | | | | | Sold | 06/03/11 | J | B | |
| 947. | | | | | Buy | 12/23/11 | J | | |
| 948. - McDonalds Corp. Common Stock | | | | | Sold | 06/03/11 | J | C | |
| 949. - Schlumberger Ltd. Common Stock | | | | | Sold | 06/03/11 | J | C | |
| 950. - Smucker JM Company Common Stock | | | | | Sold | 06/03/11 | J | D | |
| 951. - Textron Inc. Common Stock | | | | | Sold | 05/17/11 | J | B | |
| 952. - Transatlantic Petroleum Common Stock | | | | | Sold | 06/03/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. - Visa Inc. Common Stock Class A | | | | | Sold | 06/03/11 | J | A | |
| 954. - Wal-Mart Stores, Inc. Common Stock | | | | | Sold | 06/03/11 | J | A | |
| 955. - American Century Govt Income Trust short term govt fund | | | | | Sold | 06/03/11 | K | C | |
| 956. - Blackrock Bond Portfolio Fund Institutional Class | | | | | Sold | 01/28/11 | K | A | |
| 957. - Blackrock GNMA Portfolio Institutional Class Funds | | | | | Sold | 01/28/11 | K | | |
| 958. - Goldman Sachs Short Duration Govt Fund | | | | | Sold | 01/28/11 | K | | |
| 959. - Janus Advisors Flexible Bond Fund I | | | | | Sold | 01/28/11 | K | B | |
| 960. - Loomis Sayles - Invest Grade Bond Fund Class A | | | | | Sold | 06/03/11 | K | B | |
| 961. - Nuveen Build American Bond Fund | | | | | Sold | 06/03/11 | K | | |
| 962. - PIMCO Total Return Fund CL P | | | | | Buy | 06/03/11 | K | | |
| 963. | | | | | Sold | 10/03/11 | L | A | |
| 964. | | | | | Buy | 10/18/11 | L | | |
| 965. | | | | | Sold (part) | 11/21/11 | J | A | |
| 966. | | | | | Sold (part) | 12/23/11 | K | A | |
| 967. - Templeton Global Bond Fund Advisor Class | | | | | Buy | 02/09/11 | J | | |
| 968. | | | | | Buy | 06/03/11 | K | | |
| 969. | | | | | Sold (part) | 10/03/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. | | | | | Buy | 10/18/11 | L | | |
| 971. | | | | | Sold (part) | 11/21/11 | J | | |
| 972. | | | | | Sold (part) | 12/23/11 | K | | |
| 973. - Dreyfus Money Market Instrs Inc. | | | | | | | | | |
| 974. - Wisdomtree Dreyfus Emerging currency fund | | | | | Sold | 06/03/11 | K | A | |
| 975. - Ishares MSCI Bric Index Fund (BKF) | | | | | Sold | 06/03/11 | J | A | |
| 976. - SPDR Dow Jones Global Real Estate Fund (RWO) | | | | | Sold | 06/03/11 | J | | |
| 977. - SPDR Index Shares FDS SPDR (DWX) | | | | | Sold | 06/03/11 | J | A | |
| 978. - AB Svensk Ekportkredit Elements LKD | | | | | Sold | 06/03/11 | J | B | |
| 979. - Weatherford International Ltd.-CHF | | | | | Buy | 01/28/11 | J | | |
| 980. | | | | | Sold | 06/03/11 | J | | |
| 981. - Alimera Sciences Inc. | | | | | Buy | 01/28/11 | J | | |
| 982. | | | | | Sold | 06/03/11 | J | | |
| 983. - American Express, Inc. | | | | | Buy | 01/28/11 | J | | |
| 984. | | | | | Sold | 06/03/11 | J | B | |
| 985. - Avon Products, Inc. | | | | | Buy | 01/28/11 | J | | |
| 986. | | | | | Sold | 06/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. - Bemis Co. Inc. | | | | | Buy | 01/28/11 | J | | |
| 988. | | | | | Sold | 06/03/11 | J | | |
| 989. - Biomarin Pharmaceutical Inc. | | | | | Buy | 01/28/11 | J | | |
| 990. | | | | | Sold | 06/03/11 | J | A | |
| 991. - Energizer Holdings Inc. | | | | | Buy | 01/28/11 | J | | |
| 992. | | | | | Sold | 06/03/11 | J | A | |
| 993. - Kellogg Co. | | | | | Buy | 01/28/11 | J | | |
| 994. | | | | | Sold | 06/03/11 | J | A | |
| 995. - State Street Corp. | | | | | Buy | 01/28/11 | J | | |
| 996. | | | | | Sold | 06/03/11 | J | | |
| 997. - Google Inc. Class A | | | | | Buy | 02/09/11 | J | | |
| 998. | | | | | Sold | 06/03/11 | J | | |
| 999. - Hewlett Packard Co. | | | | | Buy | 02/09/11 | J | | |
| 1000. | | | | | Sold | 06/03/11 | J | | |
| 1001. - Macrosolve Inc. | | | | | Buy | 02/09/11 | J | | |
| 1002. | | | | | Sold | 06/16/11 | J | | |
| 1003. - Medtronic, Inc. | | | | | Buy | 02/09/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. | | | | | Sold | 06/03/11 | J | | |
| 1005. - Sandridge Energy, Inc. | | | | | Buy | 02/09/11 | J | | |
| 1006. | | | | | Sold | 06/03/11 | J | C | |
| 1007. - ACE Limited | | | | | Buy | 06/03/11 | J | | |
| 1008. | | | | | Sold | 10/03/11 | J | | |
| 1009. | | | | | Buy | 10/18/11 | J | | |
| 1010. | | | | | Sold (part) | 11/21/11 | J | | |
| 1011. | | | | | Sold | 12/23/11 | J | A | |
| 1012. - Astrazeneca PLC Spon ADR | | | | | Buy | 06/03/11 | J | | |
| 1013. | | | | | Sold | 08/01/11 | J | | |
| 1014. - Berkshire Hathaway Inc. Cl B | | | | | Buy | 06/03/11 | J | | |
| 1015. | | | | | Sold | 08/24/11 | J | | |
| 1016. - Blackrock Inc. | | | | | Buy | 06/03/11 | J | | |
| 1017. | | | | | Sold | 08/01/11 | J | | |
| 1018. - Canadian National Railway Co. | | | | | Buy | 06/03/11 | J | | |
| 1019. | | | | | Buy | 10/18/11 | J | | |
| 1020. | | | | | Sold (part) | 11/21/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. | | | | | Sold | 12/23/11 | J | A | |
| 1022. - Caterpillar Inc. | | | | | Buy | 06/03/11 | J | | |
| 1023. | | | | | Buy | 10/03/11 | J | | |
| 1024. | | | | | Buy | 10/18/11 | J | | |
| 1025. | | | | | Sold (part) | 11/21/11 | J | | |
| 1026. | | | | | Sold | 12/23/11 | J | | |
| 1027. - Chevron Corp. | | | | | Buy | 06/03/11 | J | | |
| 1028. | | | | | Sold (part) | 10/03/11 | J | | |
| 1029. | | | | | Buy | 10/18/11 | J | | |
| 1030. | | | | | Sold (part) | 11/21/11 | J | | |
| 1031. | | | | | Sold | 12/23/11 | J | A | |
| 1032. - Communications Systems, Inc. | | | | | Buy | 06/03/11 | J | | |
| 1033. | | | | | Buy | 10/03/11 | J | | |
| 1034. | | | | | Buy | 10/18/11 | J | | |
| 1035. | | | | | Sold | 12/15/11 | J | | |
| 1036. - Companhia De Bebidas Das Amers spons ADR | | | | | Buy | 06/03/11 | J | | |
| 1037. | | | | | Sold (part) | 10/03/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. | | | | | Buy | 10/18/11 | J | | |
| 1039. | | | | | Sold (part) | 11/21/11 | J | A | |
| 1040. | | | | | Sold | 12/23/11 | J | A | |
| 1041. - ConocoPhillips | | | | | Buy | 06/03/11 | J | | |
| 1042. | | | | | Sold (part) | 10/03/11 | J | | |
| 1043. | | | | | Buy | 10/18/11 | J | | |
| 1044. | | | | | Sold (part) | 11/21/11 | J | | |
| 1045. | | | | | Sold | 12/23/11 | J | A | |
| 1046. - El Du Pont de Nemours & Co. | | | | | Buy | 06/03/11 | J | | |
| 1047. | | | | | Sold (part) | 10/03/11 | J | | |
| 1048. | | | | | Buy | 10/18/11 | J | | |
| 1049. | | | | | Sold (part) | 11/21/11 | J | | |
| 1050. | | | | | Sold | 12/23/11 | J | | |
| 1051. - Enbridge, Inc. | | | | | Buy | 06/03/11 | J | | |
| 1052. | | | | | Sold (part) | 10/03/11 | J | | |
| 1053. | | | | | Buy | 10/18/11 | J | | |
| 1054. | | | | | Sold (part) | 11/21/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT<br>Page 66 of 78 | Name of Person Reporting<br><br>Hall, Sarah A. | Date of Report<br><br>05/08/2012 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1055. | | | | | Sold | 12/23/11 | J | A | |
| 1056. - WW Grainger Inc. | | | | | Buy | 06/03/11 | J | | |
| 1057. | | | | | Sold (part) | 10/03/11 | J | A | |
| 1058. | | | | | Buy | 10/18/11 | J | | |
| 1059. | | | | | Sold (part) | 11/21/11 | J | A | |
| 1060. | | | | | Sold | 12/23/11 | J | A | |
| 1061. - International Business Machines Corp. | | | | | Buy | 06/03/11 | J | | |
| 1062. | | | | | Sold (part) | 10/03/11 | J | A | |
| 1063. | | | | | Buy | 10/18/11 | J | | |
| 1064. | | | | | Sold (part) | 11/21/11 | J | A | |
| 1065. | | | | | Sold | 12/23/11 | J | A | |
| 1066. - McKesson Corp. | | | | | Buy | 06/03/11 | J | | |
| 1067. | | | | | Sold (part) | 10/03/11 | J | | |
| 1068. | | | | | Buy | 10/18/11 | J | | |
| 1069. | | | | | Sold (part) | 11/21/11 | J | | |
| 1070. | | | | | Sold | 12/23/11 | J | A | |
| 1071. - Nike Inc. Cl. B | | | | | Buy | 06/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1072. | | | | | Sold (part) | 10/03/11 | J | A | |
| 1073. | | | | | Buy | 10/18/11 | J | | |
| 1074. | | | | | Sold (part) | 11/21/11 | J | A | |
| 1075. | | | | | Sold | 12/23/11 | J | A | |
| 1076. - OGE Energy Corp. | | | | | Buy | 06/03/11 | J | | |
| 1077. | | | | | Sold (part) | 08/05/11 | J | | |
| 1078. | | | | | Buy | 10/03/11 | J | | |
| 1079. | | | | | Buy | 10/18/11 | J | | |
| 1080. | | | | | Sold (part) | 11/21/11 | J | A | |
| 1081. | | | | | Sold | 12/23/11 | J | A | |
| 1082. - Occidental Petroleum Corp. Del | | | | | Buy | 06/03/11 | J | | |
| 1083. | | | | | Buy | 10/03/11 | J | | |
| 1084. | | | | | Buy | 10/18/11 | J | | |
| 1085. | | | | | Sold (part) | 11/21/11 | J | | |
| 1086. | | | | | Sold | 12/23/11 | J | A | |
| 1087. - ONEOK, Inc. New | | | | | Buy | 06/03/11 | J | | |
| 1088. | | | | | Sold (part) | 10/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

-- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　　NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1089. | | | | | Buy | 10/18/11 | J | | |
| 1090. | | | | | Sold (part) | 11/21/11 | J | A | |
| 1091. | | | | | Sold | 12/23/11 | J | A | |
| 1092. - Owens & Minor Inc. Holding Co. | | | | | Buy | 06/03/11 | J | | |
| 1093. | | | | | Sold | 08/01/11 | J | | |
| 1094. - PPG Industries Inc. | | | | | Buy | 06/03/11 | J | | |
| 1095. | | | | | Sold (part) | 10/03/11 | J | | |
| 1096. | | | | | Buy | 10/18/11 | J | | |
| 1097. | | | | | Sold (part) | 11/21/11 | J | | |
| 1098. | | | | | Sold | 12/23/11 | J | A | |
| 1099. - Pentair Inc. | | | | | Buy | 06/03/11 | J | | |
| 1100. | | | | | Sold | 08/17/11 | J | | |
| 1101. - Praxair Inc. | | | | | Buy | 06/03/11 | J | | |
| 1102. | | | | | Sold (part) | 10/03/11 | J | | |
| 1103. | | | | | Buy | 10/18/11 | J | | |
| 1104. | | | | | Sold (part) | 11/21/11 | J | | |
| 1105. | | | | | Sold | 12/23/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1106. - Reynolds American, Inc. | | | | | Buy | 06/03/11 | J | | |
| 1107. | | | | | Sold (part) | 10/03/11 | J | | |
| 1108. | | | | | Buy | 10/18/11 | J | | |
| 1109. | | | | | Sold (part) | 11/21/11 | J | A | |
| 1110. - Sherwin Williams Co. | | | | | Buy | 06/03/11 | J | | |
| 1111. | | | | | Sold | 08/01/11 | J | | |
| 1112. | | | | | Sold | 12/23/11 | J | | |
| 1113. - Snap-On Inc. | | | | | Buy | 06/03/11 | J | | |
| 1114. | | | | | Sold (part) | 10/03/11 | J | | |
| 1115. | | | | | Buy | 10/18/11 | J | | |
| 1116. | | | | | Sold (part) | 11/21/11 | J | | |
| 1117. | | | | | Sold | 12/23/11 | J | | |
| 1118. - VF Corp. | | | | | Buy | 06/03/11 | J | | |
| 1119. | | | | | Sold (part) | 10/03/11 | J | A | |
| 1120. | | | | | Buy | 10/18/11 | J | | |
| 1121. | | | | | Sold (part) | 11/21/11 | J | B | |
| 1122. | | | | | Sold | 12/23/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1123. - Vector Group Ltd. | | | | | Buy | 06/03/11 | J | | |
| 1124. | | | | | Sold | 08/01/11 | J | | |
| 1125. - Public Storage (MD) | | | | | Buy | 08/24/11 | J | | |
| 1126. | | | | | Sold (part) | 10/03/11 | J | | |
| 1127. | | | | | Buy | 10/18/11 | J | | |
| 1128. | | | | | Sold (part) | 11/21/11 | J | A | |
| 1129. | | | | | Sold | 12/23/11 | J | A | |
| 1130. - Verizon Communications | | | | | Buy | 06/03/11 | J | | |
| 1131. | | | | | Sold (part) | 10/03/11 | J | A | |
| 1132. | | | | | Buy | 10/18/11 | J | | |
| 1133. | | | | | Sold (part) | 11/21/11 | J | A | |
| 1134. | | | | | Sold | 12/23/11 | J | A | |
| 1135. - Watsco, Inc. | | | | | Buy | 06/03/11 | J | | |
| 1136. | | | | | Sold | 08/01/11 | J | | |
| 1137. | | | | | Buy | 10/03/11 | J | | |
| 1138. | | | | | Sold | 10/18/11 | J | A | |
| 1139. | | | | | Buy | 11/21/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS  – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1140. | | | | | Sold | 12/23/11 | J | A | |
| 1141. - West Pharmaceutical | | | | | Buy | 06/03/11 | J | | |
| 1142. | | | | | Sold (part) | 10/03/11 | J | | |
| 1143. | | | | | Buy | 10/18/11 | J | | |
| 1144. | | | | | Sold | 11/21/11 | J | | |
| 1145. -YUM Brands Inc. | | | | | Buy | 06/03/11 | J | | |
| 1146. | | | | | Sold (part) | 10/03/11 | J | | |
| 1147. | | | | | Buy | 10/18/11 | J | | |
| 1148. | | | | | Sold (part) | 11/21/11 | J | | |
| 1149. | | | | | Sold | 12/23/11 | J | A | |
| 1150. - Covidien PLC | | | | | Buy | 08/01/11 | J | | |
| 1151. | | | | | Sold (part) | 10/03/11 | J | | |
| 1152. | | | | | Buy | 10/18/11 | J | | |
| 1153. | | | | | Sold (part) | 11/21/11 | J | | |
| 1154. | | | | | Sold | 12/23/11 | J | | |
| 1155. - Willis Group Holdings PLC Ireland | | | | | Buy | 08/01/11 | J | | |
| 1156. | | | | | Sold (part) | 10/03/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1157. | | | | | Buy | 10/18/11 | J | | |
| 1158. | | | | | Sold (part) | 11/21/11 | J | | |
| 1159. | | | | | Sold | 12/23/11 | J | A | |
| 1160. - Amerisourcebergen Corp. | | | | | Buy | 08/01/11 | J | | |
| 1161. | | | | | Sold (part) | 10/03/11 | J | | |
| 1162. | | | | | Buy | 10/18/11 | J | | |
| 1163. | | | | | Sold (part) | 11/21/11 | J | | |
| 1164. | | | | | Sold | 12/23/11 | J | | |
| 1165. - BCE Inc. CAD | | | | | Buy | 08/01/11 | J | | |
| 1166. | | | | | Sold (part) | 10/03/11 | J | | |
| 1167. | | | | | Buy | 10/18/11 | J | | |
| 1168. | | | | | Sold (part) | 11/21/11 | J | | |
| 1169. | | | | | Sold | 12/23/11 | J | A | |
| 1170. - British American Tobacco PLC ADR | | | | | Buy | 08/01/11 | J | | |
| 1171. | | | | | Sold (part) | 10/03/11 | J | | |
| 1172. | | | | | Buy | 10/18/11 | J | | |
| 1173. | | | | | Sold (part) | 11/21/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT Page 73 of 78 | Name of Person Reporting Hall, Sarah A. | Date of Report 05/08/2012 |
|---|---|---|

-- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1174. | | | | | Sold | 12/23/11 | J | A | |
| 1175. - Rayonier Inc. (REIT) | | | | | Buy | 08/01/11 | J | | |
| 1176. | | | | | Sold (part) | 10/03/11 | J | | |
| 1177. | | | | | Buy | 10/18/11 | J | | |
| 1178. | | | | | Sold (part) | 11/21/11 | J | | |
| 1179. | | | | | Sold | 12/23/11 | J | A | |
| 1180. - Genuine Parts Co. | | | | | Buy | 08/17/11 | J | | |
| 1181. | | | | | Sold (part) | 10/03/11 | J | | |
| 1182. | | | | | Buy | 10/18/11 | J | | |
| 1183. | | | | | Sold (part) | 11/21/11 | J | A | |
| 1184. | | | | | Sold | 12/23/11 | J | A | |
| 1185. - Leuthold Grizzly Short Fund | | | | | Buy | 10/03/11 | L | | |
| 1186. | | | | | Buy | 10/04/11 | J | | |
| 1187. | | | | | Sold | 10/18/11 | L | | |
| 1188. - PIMCO Stocksplus Tr Short Strategy Fund Class A | | | | | Buy | 10/03/11 | L | | |
| 1189. | | | | | Buy | 10/04/11 | J | | |
| 1190. | | | | | Sold | 10/18/11 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1191. - Proshares Short S&P 500 | | | | | Buy | 10/03/11 | K | | |
| 1192. | | | | | Sold (part) | 10/04/11 | J | A | |
| 1193. | | | | | Sold | 10/18/11 | K | | |
| 1194. | | | | | Buy | 11/21/11 | K | | |
| 1195. | | | | | Sold | 12/23/11 | K | | |
| 1196. - Proshares Short S&P 500 | | | | | Buy | 10/03/11 | K | | |
| 1197. | | | | | Sold (part) | 10/04/11 | J | A | |
| 1198. | | | | | Sold | 10/18/11 | K | | |
| 1199. | | | | | Buy | 11/21/11 | K | | |
| 1200. | | | | | Sold | 12/23/11 | K | | |
| 1201. - Proshares Short Dow30 | | | | | Buy | 10/03/11 | K | | |
| 1202. | | | | | Sold (part) | 10/04/11 | J | A | |
| 1203. | | | | | Sold | 10/18/11 | K | | |
| 1204. | | | | | Buy | 11/21/11 | K | | |
| 1205. | | | | | Sold | 12/23/11 | K | | |
| 1206. - Lord Abbett Short Duration Income FD C1 F | | | | | Buy | 11/21/11 | K | | |
| 1207. | | | | | Sold (part) | 12/23/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 75 of 78

Name of Person Reporting

Hall, Sarah A.

Date of Report

05/08/2012

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1208. - Vanguard Fixed Income Sec FD GNMA Portfolio | | | | | Buy | 11/21/11 | K | | |
| 1209. | | | | | Sold (part) | 12/23/11 | K | | |
| 1210. - Airgas Inc. | | | | | Buy | 12/23/11 | J | | |
| 1211. - Allergan Inc. | | | | | Buy | 12/23/11 | J | | |
| 1212. - Ascena Retail Group | | | | | Buy | 12/23/11 | J | | |
| 1213. - Big Lots Inc. | | | | | Buy | 12/23/11 | J | | |
| 1214. - Concho Resources Inc. | | | | | Buy | 12/23/11 | J | | |
| 1215. - Dollar Tree Inc. | | | | | Buy | 12/23/11 | J | | |
| 1216. - Dorman Products Inc. | | | | | Buy | 12/23/11 | J | | |
| 1217. - Eplus, Inc. | | | | | Buy | 12/23/11 | J | | |
| 1218. - Fastenal Co. | | | | | Buy | 12/23/11 | J | | |
| 1219. - Gardner Denver Inc. | | | | | Buy | 12/23/11 | J | | |
| 1220. - Helmerich & Payne | | | | | Buy | 12/23/11 | J | | |
| 1221. - Indexx Laboratories Inc. | | | | | Buy | 12/23/11 | J | | |
| 1222. - Madden Steven Ltd. | | | | | Buy | 12/23/11 | J | | |
| 1223. - Netease.com Inc. ADR | | | | | Buy | 12/23/11 | J | | |
| 1224. - Noble Energy, Inc. | | | | | Buy | 12/23/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 76 of 78

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1225. - Novo-Nordisk A S ADR | | | | | Buy | 12/23/11 | J | | |
| 1226. - Old Dominion Fght Lines Inc. | | | | | Buy | 12/23/11 | J | | |
| 1227. - Open Text Corp. | | | | | Buy | 12/23/11 | J | | |
| 1228. - Perrigo Company | | | | | Buy | 12/23/11 | J | | |
| 1229. - Ralph Lauren Corp. | | | | | Buy | 12/23/11 | J | | |
| 1230. - Robbins & Myers Inc. | | | | | Buy | 12/23/11 | J | | |
| 1231. - Ultrapar Participacoes SA Spons ADR Restg Ord SHS | | | | | Buy | 12/23/11 | J | | |
| 1232. - Wolverine World-Wide, Inc. | | | | | Buy | 12/23/11 | J | | |
| 1233. - Overriding Royalty Interest, Scott, KS | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/08/2012 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS and TRUSTS

Distribution from IRA #1 used to fund IRA #3 (Line 257 and Line 779).

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sarah A. Hall**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544